STATE OF NEW JERSEY v. JAMES McDERMOTT.

April 30, 1974. Petition for certification denied.

HELEN DOLINA v.
POLISH AMERICAN WORLD WAR VETERANS, POST #81.

April 30, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. ALVIN G. WATFORD.

April 30, 1974. Petition for certification denied.

WALTER KEELEY v. PAUL STETCKO.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. TRIANO.

April 30, 1974. Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST: JACK FELDMAN, A FIREMAN IN THE TOWN OF IRVINGTON.

May 2, 1974. Petition for certification denied.